UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIPS ORAL HEALTHCARE, LLC,

Plaintiff,

v.

SHENZHEN SINCERE MOLD TECHNOLOGY CO., LTD., et al.,

Defendants.

C18-1032 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Philips Oral Healthcare LLC's Motion to Seal, docket no. 11, is DENIED. Plaintiff shall have until Friday, September 14, 2018, to withdraw the documents filed at docket no. 16 (the "Sealed Documents"). *See* Local Civil Rule 5(g)(6). If Plaintiff chooses to withdraw the Sealed Documents, the Court will disregard them in deciding Plaintiff's Motion for Alternative Service Pursuant to Fed. R. Civ. P. 4(f)(3), docket no. 13 (the "Motion for Alternative Service"). If Plaintiff does not withdraw the Sealed Documents by September 14, 2018, the clerk is DIRECTED to unseal them and the Court will consider them in deciding the Motion for Alternative Service.

(2) The Motion for Alternative Service is RENOTED to Friday, September 14, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1