Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIPS ORAL HEALTHCARE, LLC,

    Plaintiff,

v.

SHENZHEN SINCERE MOLD TECHNOLOGY CO., LTD; SHENZHEN VBATTY TECHNOLOGY CO., LTD.; SHENZHEN HIGH SIDA TECHNOLOGY CO., LTD; SHENZEHN HERSHELLY TECHNOLOGY CO., LTD.; and ZHONGSHAN BESTCLEAN BRUSH CO., LTD.,

    Defendants.

No. 2:18-cv-01032-TSZ

**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Having reviewed Plaintiff's Motion, docket no. 13, for Alternative Service and its supporting declarations and exhibits, the Court hereby finds that Plaintiff has demonstrated that service on Defendants (1) via email delivery (using the same email addresses Defendants used to sell allegedly infringing replacement toothbrush heads and communicate with potential purchasers) and (2) via the "Contact Supplier" feature for each Defendant's Alibaba storefront, of a link to a secure website that will make available for download PDF copies of the Summons and Complaint (in English and translated into

ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE – Page 1
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

simplified Chinese), together with all documents filed in support of Plaintiff's motion for this Order, is reasonably calculated to result in notice to the Defendants.

**IT IS HEREBY ORDERED** that, sufficient cause having been shown, Plaintiff's motion for alternative service by email and via Alibaba's "Contact Supplier" feature is granted, and service shall be made on Defendants and deemed effective as to Defendants by the following means:

1. Delivery of an email message to Defendants using the email addresses set forth in Table 1 below, which are the same email addresses that Plaintiff's agents used to communicate with and/or purchase the allegedly infringing replacement toothbrush heads from Defendants.
2. Delivery of an electronic communication to Defendants using the "Contact Supplier" feature on each Defendant's Alibaba store, located at the links set forth in Table 2 below, which are the same links that Plaintiff's agents used to communicate with and/or purchase the allegedly infringing replacement toothbrush heads from Defendants.

The email message and/or electronic communication via Alibaba shall be in English and also translated into simplified Chinese. The email message and/or electronic communication will notify each Defendant that a suit has been filed against it in the United States District Court for the Western District of Washington and provide a link to a secure website where each Defendant will be able to download Adobe PDF copies of this Order together with the Summons and Complaint (in English and translated into simplified Chinese), and all papers filed in support of Plaintiff's motion seeking this Order. For avoidance of doubt, only the email/Alibaba electronic communication informing Defendants of this action, Summons, and Complaint need be translated into Simplified Chinese. All other documents may be served in English only.

ORDER GRANTING PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE – Page 2
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

## TABLE 1

| Defendant | Email Address(es) |
|---|---|
| Shenzhen Sincere Mold Technology Co., Ltd. | sales01@gnwish.com.cn<br>sales02@gnwish.com |
| Shenzhen Vbatty Technology Co., Ltd. | sales01@szvbatty.com<br>sales11@svbatty.com |
| Shenzhen High Sida Technology Co., Ltd. | linda@highsida.com |
| Shenzhen Hershelly Technology Co., Ltd. | 601188694@qq.com<br>susan.218@hotmail.com |
| Zhongshan BestClean Brush Co., Ltd. | N/A |

## TABLE 2

| Defendant | Alibaba Storefront |
|---|---|
| Shenzhen Sincere Mold Technology Co., Ltd. | https://gnwish.en.alibaba.com/product/1887452759-221973661/HX6013_Electric_replaced_toothbrush_heads_for_Philip.html?spm=a2700.8304367.prewdfa4cf.4.28bc3893uosm51 |
| Shenzhen Vbatty Technology Co., Ltd. | https://www.alibaba.com/product-detail/Best-quality-sonic-replaceable-toothbrush-head_60690236929.html?spm=a2700.7724856.2017115.22.3a717e09ABWHNi |
| Shenzhen High Sida Technology Co., Ltd. | https://www.alibaba.com/product-detail/For-Philips-Proresults-Toothbrush-Replacement-Heads_60469996918.html?spm=a2700.7724838.2017115.11.330057ccdYUNJG&s=p |
| Shenzhen Hershelly Technology Co., Ltd. | https://hershelly.en.alibaba.com/ |
| Zhongshan BestClean Brush Co., Ltd. | https://zsbestclean.en.alibaba.com/?spm=a2700.details.shnsopsi9.1.13843f33h2u5GC |

**IT IS SO ORDERED.**

DATED this 11th day of October, 2018.

Thomas S. Zilly
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE – Page 3
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Presented by:

**YARMUTH WILSDON PLLC**

By: *s/John H. Jamnback*
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
jjamnback@yarmuth.com

**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Mark Sommers (admitted *pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400
mark.sommers@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Morgan E. Smith (admitted *pro hac vice*)
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650.849.6600
Facsimile: 650.849.6666
morgan.smith@finnegan.com

*Attorneys for Plaintiff*
*Philips Oral Healthcare, LLC*

ORDER GRANTING PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE – Page 4
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888