Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, LLC<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN SINCERE MOLD TECHNOLOGY CO., LTD.; SHENZHEN VBATTY TECHNOLOGY CO., LTD.; SHENZHEN HIGH SIDA TECHNOLOGY CO., LTD.; SHENZEHN HERSHELLY TECHNOLOGY CO., LTD.; and ZHONGSHAN BESTCLEAN BRUSH CO., LTD.,<br><br>Defendants. | No. 2:18-cv-01032-TSZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

The Court has received and reviewed Plaintiff Philips Oral Healthcare, LLC's ("Philips") Motion, docket no. 30, for Leave to File an Overlength Motion for Default Judgment against defendants Shenzhen Sincere Mold Technology Co., Ltd., Shenzhen Vbatty Technology Co., Ltd., Shenzhen High Sida Technology Co., Ltd., Shenzhen Hershelly Technology Co., Ltd., and Zhongshan BestClean Brush Co., Ltd. pursuant to LCR 7(f). For good cause showing, IT IS HEREBY ORDERED that Philips' motion is GRANTED. Philips is hereby granted leave to file a motion for default judgment which will not exceed 35 pages, exclusive of the following items: caption page, table of contents,

ORDER GRANTING PLNTF'S MTN FOR LEAVE TO
FILE OVERLENGTH MTN FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION - Page 1
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

table of authorities, accompanying declarations and exhibits, signature blocks, and certificates of service.

DATED: December 17, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

**YARMUTH WILSDON PLLC**

By: *s/John H. Jamnback*
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
jjamnback@yarmuth.com

**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
Mark Sommers (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400
mark.sommers@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
Morgan E. Smith (*pro hac vice*)
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650.849.6600
Facsimile: 650.849.6666
morgan.smith@finnegan.com

*Attorneys for Plaintiff
Philips Oral Healthcare, LLC*

ORDER GRANTING PLNTF'S MTN FOR LEAVE TO
FILE OVERLENGTH MTN FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION - Page 2
NO. 2:18-cv-01032-TSZ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888